```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

JOHN L. BISHOP,                   :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :   CIVIL ACTION 08-0045-M
                                  :
MICHAEL J. ASTRUE,                :
Commissioner of                   :
Social Security,                  :
                                  :
    Defendant.                    :

<u>JUDGMENT</u>

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees's Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $1,928.57.

DONE this 7th day of October, 2008.

                                        <u>s/BERT W. MILLING, JR.</u>
                                        UNITED STATES MAGISTRATE JUDGE